and the same is hereby, granted, effective February 17, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that the appeal of Industrial Commission of Ohio be, and hereby is, dismissed.

The appeals of the Administrator of the Ohio Bureau of Workers' Compensation, and United Parcel Services, remain pending.

**94–2191.** Wren v. Oliver. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. It appears from the records of this court that relator has not filed its brief due January 6, 1995 and has therefore failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective February 17, 1995.

**94–2540.** Welch v. MB Operating Co. *Tuscarawas County,* No. 94AP020007. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 17, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–2661.** Kuhner v. Erie Ins. Co. *Franklin County,* No. 94APE03–299. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 17, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–347.** State ex rel. Lantz v. Indus. Comm. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, that the writs of mandamus and prohibition be, and hereby are, denied, effective February 17, 1995.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MISCELLANEOUS DOCKET

In re Parkin.

On motion to vacate the April 15, 1994 order pertaining to Robert W. Parkin, Attorney Registration No. 0024204. Motion granted.

*Thursday, February 23, 1995*

## MOTION DOCKET

**94–2537.** State v. Wilson. *Lorain County,* No. 92CA005396. On motion to supplement the record. Motion granted.

F.E. SWEENEY and PFEIFER, JJ., dissent.

COOK, J., not participating.

On motion to supplement record with a report used as evidence and on motion for stay of briefing. Motions denied.

WRIGHT and RESNICK, JJ., dissent.

COOK, J., not participating.